# EXHIBIT A



01/06/2021

BRIAN K BUTLER-JR

DEAR BRIAN BUTLER JR.,

Abound Credit Union has received your letter regarding late payments being reported to your credit bureau. Enclosed please find: Notice Of Our Plan To Sell Property and Notification Of Sale/Deficiency Balance. Both of these letters that were sent to you should be sufficient for what was asked for in your letter. We also sent these documents to you in June 2020.

Per our rate and fee schedule, a fee of $3.00 is assessed for each printed copy of a statement requested. If you would still like to receive statement copies, please feel free to reach me at 877-799-1455. If you have set up access to Online Banking, statements are available at no cost.

Please be advised that Abound CU can not change credit bureau reporting unless it was made in error by Abound CU. You can also contact the credit bureaus and file a dispute.

Sincerely;

Wendy E.

Abound Credit Union
Member Solutions Spec.
877-799-1455  Ext. 6218

**FORT KNOX FEDERAL CREDIT UNION**
PO Box 900, 3939 South Dixie Highway
Radcliff, KY 40159
(502) 799-1400
(877) 799-1455
Fax (502) 942-7296
www.fkfcu.org
**January 6, 2021**
**NOTICE OF OUR PLAN TO SELL PROPERTY**

BRIAN K BUTLER-JR

Subject:     Liquidation of Repossessed Collateral

Fort Knox Federal Credit union has repossessed your 2006 because you broke promises in our agreement.

We will sell 2006 at private sale sometime after 25TH APR 2017. A sale could include a lease or license.

The money that we get from the sale (after paying our costs and legal expenses) will reduce the amount you owe. If we get less money that you owe, you will still owe us the difference. **In the event you have filed bankruptcy, this is a notice of sale only. You will not still owe the deficiency if you have received a discharge in your bankruptcy.** If we get more money than you owe to Fort Knox Federal Union, you will get the extra money, unless we must pay it to someone else.

You can get the property back at any time before we sell it by paying us the full amount you owe (not just the past due payments), including our expenses. To learn the exact amount you must pay, you may call us at 877-799-1455.

If you want us to explain to you in writing how we have figured the amount that you owe us, you may call us at 877-799-1455 or write us at Fort Knox Federal Credit Union, PO Box 900, Radcliff, KY 40159 and request a written explanation. We will charge you $10.00 for the explanation if we sent you another written explanation of the amount you owe us within the last six months.

If you wish to obtain additional information concerning the disposition of the collateral and the obligation secured by the collateral, you may call us at 877-799-1455 or write us at Fort Knox Federal Credit Union, PO Box 900, Radcliff, KY 40159.

We are sending this notice to the following other people who may have an interest in 2006 or who owe money under your agreement with us.

Names of all other debtors and obligors, if any:

Sincerely,

Tanja G, Ext. 6221
Delinquent Control Department                                                                                     R02B

# FORT KNOX FEDERAL CREDIT UNION
## People Helping People
™

January 6, 2021

BRIAN K BUTLER-JR

███████████████

\*\*\*NOTIFICATION OF SALE/DEFICIENCY BALANCE\*\*\*

Account No:     ████████
Collateral:     2006
VIN:            5GTDN136668103337*Y

Dear BRIAN K BUTLER-JR:

In accordance with the Uniform Commercial Code, the above referenced collateral has been sold. We have applied the proceeds of this sale in the manner set forth below:

| | |
|---|---:|
| Payoff Balance Before Sale: | 16,733.28 |
| Less Sale Price of Collateral: | 3,200.00 |
| Net Balance Before Expenses: | 13,533.28 |
| Plus Expense Related to Repossession and Collection: | 797.25 |
| Less Credits: (    ) | |
| **Deficiency Balance Owed:** | **14,330.53** |

Until paid in full, interest will accrue at contract rate of 3.49%.

Upon receipt, kindly contact the credit union so that we may discuss payment arrangements for this balance.

Sincerely,

Tanja G, Ext. 6221
Delinquent Control Department
Fort Knox FCU

P. O. BOX 900, RADCLIFF, KENTUCKY 40159-0900
PHONE (502) 799-1400
TOLL FREE (877) 799-1455
www.fkfcu.org