# UNITED STATES DISTRICT COURT
Western District of Kentucky
Louisville Division

| | |
|---|---|
| Brian Butler )<br>　*Plaintiff* )<br>　　　　　　)<br>v. 　　　　　　)<br>　　　　　　)<br>Abound Federal Credit Union *et al.* )<br>　*Defendants* )<br>　　　　　　) | Case No.　3:21-cv-00299-DJH-CHL |

## NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

Please take notice that Plaintiff, Brian Butler, has reached a settlement with Defendant Equifax Information Services, LLC. Once the settlement is final, the parties will file a joint stipulation of dismissal with prejudice. This Notice does not affect, and is not intended to affect, Plaintiff's claims against any other Defendant in this action.

Respectfully submitted,

/s/ James H. Lawson
James H. Lawson
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 473-6525
Fax: (502) 473-6561
E-mail: james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Brian Butler*

## CERTIFICATE OF SERVICE

This is to certify that I filed the foregoing via the Court's CM/ECF system on this 9th day of August, 2021, which will send a Notice of Electronic Filing to all counsel of record.

/s/ James H. Lawson
James H. Lawson
*Counsel for Plaintiff*
*Brian Butler*