## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | | |
|---|---|---|
| **BRIAN BUTLER,** | : | **Case No.: 3:21-cv-00299-DJH-CHL** |
| | : | |
| **Plaintiff,** | : | **Judge David J. Hale** |
| | : | |
| **vs.** | : | **Magistrate Judge Colin H. Lindsay** |
| | : | |
| **TRUIST BANK,** *et al.* | : | |
| | : | |
| **Defendants.** | : | |

---

### ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT TRUIST BANK TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

---

Defendant Truist Bank ("Truist"), through counsel, and for its Answer and Affirmative Defenses to the *First Amended Complaint And Demand For Jury Trial* ("Complaint") filed by Plaintiff Brian Butler ("Plaintiff"), hereby states as follows:

### INTRODUCTION

1.      Truist submits that the allegations in paragraph 1 of the Complaint seek or assert legal conclusions to which no response is required. Truist further submits that the referenced regulations, statutes, and/or rules speak for themselves, and denies any allegations inconsistent with those regulations, statutes, and/or rules. To the extent a further response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

### JURISDICTION AND VENUE

2.      Truist submits that the allegations in paragraph 2 of the Complaint seek or assert legal conclusions to which no response is required. To the extent a response is required, Truist

admits only that Plaintiff purports to state a claim within the jurisdiction and venue of this Court but denies that Plaintiff actually sets forth a claim for which he is entitled to relief. Further stating, Truist consents to the entry of final judgment by this Court.

## PARTIES

3.      Truist submits that the allegations in paragraph 3 of the Complaint seek or assert legal conclusions to which no response is required. Truist further submits that the referenced regulations, statutes, and/or rules speak for themselves, and denies any allegations inconsistent with those regulations, statutes, and/or rules.  To the extent a further response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

4.      Truist admits that it is a state-chartered bank with a principal place of business located at 214 N. Tryon Street, Charlotte, North Carolina 28202 and that is subject to the regulations of the Federal Deposit Insurance Corporation. Truist submits that the remaining allegations in paragraph 4 of the Complaint seek or assert legal conclusions to which no response is required.

5.      Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 5 of the Complaint, and therefore denies those allegations except to the extent they are ascertainable as a matter of public record.

6.      Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 6 of the Complaint, and therefore denies those allegations except to the extent they are ascertainable as a matter of public record.

## STATEMENT OF FACTUAL ALLEGATIONS

7.    Truist submits that the allegations in paragraph 9 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. To the extent a response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

8.    Truist submits that the allegations in paragraph 10 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. To the extent a response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

9.    Truist submits that the allegations in paragraph 11 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. Truist further submits that the allegations in paragraph 11 of the Complaint seek or assert legal conclusions to which no response is required. To the extent a response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

10.    Truist submits that the allegations in paragraph 12 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. To the extent a response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

11.    Truist submits that the allegations in paragraph 13 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. To the extent a response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

12.     Truist submits that the allegations in paragraph 14 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. Truist further submits that the allegations in paragraph 14 of the Complaint seek or assert legal conclusions to which no response is required. To the extent a response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

13.     Truist submits that the allegations in paragraph 15 of the Complaint seek or assert legal conclusions to which no response is required. Truist further submits that the referenced regulations, statutes, and/or rules speak for themselves, and denies any allegations inconsistent with those regulations, statutes, and/or rules. To the extent a further response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

14.     Truist submits that the allegations in paragraph 16 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. To the extent a response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

15.     Truist submits that the allegations in paragraph 17 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. To the extent a response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

16.     Truist submits that the allegations in paragraph 18 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. To the extent a response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

17.     Truist submits that the allegations in paragraph 19 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. To the extent a response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

18.     Truist submits that the allegations in paragraph 20 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. To the extent a response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

19.     Truist submits that the allegations in paragraph 21 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. Truist further submits that the allegations in paragraph 21 of the Complaint seek or assert legal conclusions to which no response is required. To the extent a response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

20.     Truist submits that the allegations in paragraph 22 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. Truist further submits that the allegations in paragraph 22 of the Complaint seek or assert legal conclusions to which no response is required. To the extent a response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

21.     Truist submits that the allegations in paragraph 23 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. To the extent a response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

22.     Truist submits that the allegations in paragraph 24 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. Truist further submits that the documents referenced in paragraph 24 of the Complaint speak for themselves, and denies the characterization of, and any allegations inconsistent with, those documents. To the extent a further response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

23.     Truist submits that the allegations in paragraph 25 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. Truist further submits that the document referenced in paragraph 25 of the Complaint speaks for itself, and denies the characterization of, and any allegations inconsistent with, that document. To the extent a further response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

24.     Truist submits that the allegations in paragraph 26 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. Truist further submits that the document referenced in paragraph 26 of the Complaint speaks for itself, and denies the characterization of, and any allegations inconsistent with, that document. To the extent a further response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

25.     Truist submits that the allegations in paragraph 27 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. To the extent a further response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

26.     Truist submits that the allegations in paragraph 28 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. Truist further submits that the document referenced in paragraph 28 of the Complaint speaks for itself, and denies the characterization of, and any allegations inconsistent with, that document. To the extent a further response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

27.     Truist submits that the allegations in paragraph 29 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. Truist further submits that the document referenced in paragraph 29 of the Complaint speaks for itself, and denies the characterization of, and any allegations inconsistent with, that document. To the extent a further response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

28.     Truist submits that the allegations in paragraph 30 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. To the extent a further response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

29.     Truist submits that the allegations in paragraph 31 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. Truist further submits that the document referenced in paragraph 31 of the Complaint speaks for itself, and denies the characterization of, and any allegations inconsistent with, that document. To the extent a further response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

30.     Truist submits that the allegations in paragraph 32 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. Truist further submits that the document referenced in paragraph 32 of the Complaint speaks for itself, and denies the characterization of, and any allegations inconsistent with, that document. To the extent a further response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

31.     Truist submits that the allegations in paragraph 33 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. Truist further submits that the allegations in paragraph 33 of the Complaint seek or assert legal conclusions to which no response is required. To the extent a response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

32.     Truist submits that the allegations in paragraph 34 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. Truist further submits that the allegations in paragraph 34 of the Complaint seek or assert legal conclusions to which no response is required. To the extent a further response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

33.     Truist submits that the allegations in paragraph 35 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. To the extent a further response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

34.     Truist submits that the allegations in paragraph 36 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. Truist further submits that the allegations in paragraph 36 of the Complaint seek or assert legal conclusions to which no response

is required.  To the extent a further response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

35.     Truist submits that the allegations in paragraph 37 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. Truist further submits that the allegations in paragraph 37 of the Complaint seek or assert legal conclusions to which no response is required. To the extent a further response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

36.     Truist submits that the allegations in paragraph 38 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. Truist further submits that the allegations in paragraph 38 of the Complaint seek or assert legal conclusions to which no response is required.  To the extent a further response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

37.     Truist submits that the allegations in paragraph 39 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. Truist further submits that the allegations in paragraph 39 of the Complaint seek or assert legal conclusions to which no response is required.  To the extent a further response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

38.     Truist admits the allegations in paragraph 40 of the Complaint that Plaintiff obtained a loan from Sheffield Financial.

39.     Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 41 of the Complaint and therefore denies them.

40.     Truist submits that the allegations in paragraph 42 of the Complaint seek or assert legal conclusions to which no response is required. To the extent a further response is required,

Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

41.     Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 43 of the Complaint, and therefore denies them.

42.     Truist denies the allegations in paragraph 44 of the Complaint as stated. Truist further states that Plaintiff paid Sheffield Financial a portion of the sums due on the loan under a debt settlement.

43.     Truist denies the allegations in paragraph 45 of the Complaint.

44.     Truist submits that the document referenced in paragraph 46 of the Complaint speaks for itself, and denies the characterization of, and any allegations inconsistent with, that document. To the extent a further response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

45.     Truist submits that the document referenced in paragraph 47 of the Complaint speaks for itself, and denies the characterization of, and any allegations inconsistent with, that document. To the extent a further response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

46.     Truist submits that the document referenced in paragraph 48 of the Complaint speaks for itself, and denies the characterization of, and any allegations inconsistent with, that document. To the extent a further response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

47.     Truist states that on December 7, 2019, Suntrust Bank was merged into Branch Banking and Trust Company, and Branch Banking and Trust Company changed its name to Truist Bank. Truist further submits that the records referenced in paragraph 49 of the Complaint speak

for themselves, and denies the characterization of, and any allegations inconsistent with, those records. To the extent a further response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

48.     Truist denies the allegations in paragraph 50 of the Complaint as stated. Truist further states that Sheffield Financial was acquired by Branch Banking and Trust Company in 1997 and is a division of Truist. To the extent a further response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

49.     Truist denies the allegations in paragraph 51 of the Complaint.

50.     Truist submits that the documents referenced in paragraph 52 of the Complaint speak for themselves, and denies the characterization of, and any allegations inconsistent with, those documents. To the extent a further response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

51.     Truist submits that the documents referenced in paragraph 53 of the Complaint speak for themselves, and denies the characterization of, and any allegations inconsistent with, those documents. To the extent a further response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

52.     Truist submits that the allegations in paragraph 54 of the Complaint seek or assert legal conclusions to which no response is required. To the extent a response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

53.     Truist submits that the allegations in paragraph 55 of the Complaint seek or assert legal conclusions to which no response is required. To the extent a response is required, Truist is

without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

54.     Truist submits that the documents referenced in paragraph 56 of the Complaint speak for themselves, and denies the characterization of, and any allegations inconsistent with, those documents. To the extent a further response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

55.     Truist submits that the documents referenced in paragraph 57 of the Complaint speak for themselves, and denies the characterization of, and any allegations inconsistent with, those documents. To the extent a further response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

56.     Truist submits that the documents referenced in paragraph 58 of the Complaint speak for themselves, and denies the characterization of, and any allegations inconsistent with, those documents. To the extent a further response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

57.     Truist submits that the documents referenced in paragraph 59 of the Complaint speak for themselves, and denies the characterization of, and any allegations inconsistent with, those documents. To the extent a further response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

58.     Truist denies the allegations in paragraph 60 of the Complaint.

59.     Truist submits that the documents referenced in paragraph 61 of the Complaint speak for themselves, and denies the characterization of, and any allegations inconsistent with, those documents. To the extent a further response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

60.     Truist submits that the allegations in paragraph 62 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. Truist further submits that the allegations in paragraph 62 of the Complaint seek or assert legal conclusions to which no response is required. To the extent a response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

61.     Truist denies the allegations in paragraph 63 of the Complaint.

62.     Truist submits that the allegations in paragraph 64 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. Truist further submits that the allegations in paragraph 64 of the Complaint seek or assert legal conclusions to which no response is required. To the extent a response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

63.     Truist submits that the allegations in paragraph 65 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. To the extent a response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

64.     Truist submits that the allegations in paragraph 66 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. Truist further submits that the documents referenced in paragraph 66 of the Complaint speak for themselves, and denies the characterization of, and any allegations inconsistent with, those documents. To the extent a further response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

65.     Truist submits that the allegations in paragraph 67 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. Truist further submits that the

documents referenced in paragraph 67 of the Complaint speak for themselves, and denies the characterization of, and any allegations inconsistent with, those documents. To the extent a further response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

66.    Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 68 of the Complaint, and therefore denies them.

67.    Truist submits that the allegations in paragraph 69 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. Truist further submits that the documents referenced in paragraph 69 of the Complaint speak for themselves, and denies the characterization of, and any allegations inconsistent with, those documents. To the extent a further response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

68.    Truist submits that the allegations in paragraph 70 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. Truist further submits that the allegations in paragraph 70 of the Complaint seek or assert legal conclusions to which no response is required. To the extent a response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

69.    Truist submits that the allegations in paragraph 71 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. Truist further submits that the allegations in paragraph 71 of the Complaint seek or assert legal conclusions to which no response is required. To the extent a response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

70.     Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 72 of the Complaint and therefore denies them.

71.     Truist submits that the allegations in paragraph 73 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. Truist further submits that the allegations in paragraph 73 of the Complaint seek or assert legal conclusions to which no response is required. To the extent a response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

72.     Truist submits that the allegations in paragraph 74 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. Truist further submits that the allegations in paragraph 74 of the Complaint seek or assert legal conclusions to which no response is required. To the extent a response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

## CLAIMS FOR RELIEF

73.     Truist submits that the allegations in paragraph 75 of the Complaint seek or assert legal conclusions to which no response is required. To the extent a response is required, Truist denies the allegations in paragraph 75 of the Complaint.

74.     Truist submits that the allegations in paragraph 76 of the Complaint seek or assert legal conclusions to which no response is required. To the extent a response is required, Truist denies the allegations in paragraph 76 of the Complaint.

75.     Truist submits that the allegations in paragraph 77 of the Complaint seek or assert legal conclusions to which no response is required. To the extent a response is required, Truist denies the allegations in paragraph 77 of the Complaint.

76.     Truist submits that the allegations in paragraph 78 of the Complaint seek or assert legal conclusions to which no response is required. To the extent a response is required, Truist denies the allegations in paragraph 78 of the Complaint.

77.     Truist submits that the allegations in paragraph 79 of the Complaint seek or assert legal conclusions to which no response is required. To the extent a response is required, Truist denies the allegations in paragraph 79 of the Complaint.

78.     Truist submits that the allegations in paragraph 80 of the Complaint seek or assert legal conclusions to which no response is required. To the extent a response is required, Truist denies the allegations in paragraph 80 of the Complaint.

79.     Truist submits that the allegations in paragraph 81 of the Complaint seek or assert legal conclusions to which no response is required. To the extent a response is required, Truist denies the allegations in paragraph 81 of the Complaint.

80.     Truist submits that the allegations in paragraph 82 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. Truist further submits that the allegations in paragraph 82 of the Complaint seek or assert legal conclusions to which no response is required. To the extent a response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

81.     Truist submits that the allegations in paragraph 83 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. Truist further submits that the allegations in paragraph 83 of the Complaint seek or assert legal conclusions to which no response is required. To the extent a response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

82.     Truist submits that the allegations in paragraph 84 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. Truist further submits that the allegations in paragraph 84 of the Complaint seek or assert legal conclusions to which no response is required. To the extent a response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

83.     Truist submits that the allegations in paragraph 85 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. Truist further submits that the allegations in paragraph 85 of the Complaint seek or assert legal conclusions to which no response is required. To the extent a response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

84.     Truist submits that the allegations in paragraph 86 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. Truist further submits that the allegations in paragraph 86 of the Complaint seek or assert legal conclusions to which no response is required. To the extent a response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

85.     Truist submits that the allegations in paragraph 87 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. Truist further submits that the allegations in paragraph 87 of the Complaint seek or assert legal conclusions to which no response is required. To the extent a response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

86.     Truist submits that the allegations in paragraph 88 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. Truist further submits that the allegations in paragraph 88 of the Complaint seek or assert legal conclusions to which no response

is required. To the extent a response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

87.    Truist submits that the allegations in paragraph 89 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. Truist further submits that the allegations in paragraph 89 of the Complaint seek or assert legal conclusions to which no response is required. To the extent a response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

88.    Truist submits that the allegations in paragraph 90 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. Truist further submits that the allegations in paragraph 90 of the Complaint seek or assert legal conclusions to which no response is required. To the extent a response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

89.    Truist submits that the allegations in paragraph 91 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. Truist further submits that the allegations in paragraph 91 of the Complaint seek or assert legal conclusions to which no response is required. To the extent a response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

90.    Truist submits that the allegations in paragraph 92 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. Truist further submits that the allegations in paragraph 92 of the Complaint seek or assert legal conclusions to which no response is required. To the extent a response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

91.     Truist submits that the allegations in paragraph 93 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. Truist further submits that the allegations in paragraph 93 of the Complaint seek or assert legal conclusions to which no response is required. To the extent a response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

92.     Truist submits that the allegations in paragraph 94 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. Truist further submits that the allegations in paragraph 94 of the Complaint seek or assert legal conclusions to which no response is required. To the extent a response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

93.     Truist submits that the allegations in paragraph 95 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. Truist further submits that the allegations in paragraph 95 of the Complaint seek or assert legal conclusions to which no response is required. To the extent a response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

94.     Truist submits that the allegations in paragraph 96 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. Truist further submits that the allegations in paragraph 96 of the Complaint seek or assert legal conclusions to which no response is required. To the extent a response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

95.     Truist submits that the allegations in paragraph 97 of the Complaint are directed at a defendant other than Truist, and therefore no response is required. Truist further submits that the allegations in paragraph 97 of the Complaint seek or assert legal conclusions to which no response

is required. To the extent a response is required, Truist is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

96.     Truist denies any allegations of the Complaint not specifically admitted herein.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

97.     The Complaint fails to state any claims against Truist upon which this Court may grant relief.

### Second Affirmative Defense

98.     Plaintiff's claims are barred by the doctrine(s) of assumption of the risk, estoppel, waiver, release, fraud, unclean hands, *res judicata,* collateral estoppel, and/or laches.

### Third Affirmative Defense

99.     Plaintiff's injuries and/or damages and/or expenses, if any, were the direct and proximate result of their own acts, omissions, negligence, fault, and/or breach.

### Fourth Affirmative Defense

100.    Plaintiff's injuries and/or damages and/or expenses, if any, were the direct and proximate result of the acts, omissions, negligence, fault, or breach of persons and/or parties other than Truist that caused or contributed to cause all, or a portion, of the claimed damages or liability, barring recovery or liability against Truist in whole or in part.

### Fifth Affirmative Defense

101.    Plaintiff's claims of damages or liability are barred in whole or in part by the applicable statutes of limitation, statutes of repose, and other statutes relevant to the limitation of actions.

### Sixth Affirmative Defense

102.     Plaintiff's claims of damages or liability are barred in whole or in part by the doctrines of ratification, consent, and acquiescence.

### Seventh Affirmative Defense

103.     The claims asserted in the Complaint are barred to the extent that Plaintiff has failed to join a necessary and indispensable party.

### Eighth Affirmative Defense

104.     Plaintiff's claims are barred because the actions and/or inactions of Truist are consistent with the terms of the applicable loan documents.

### Ninth Affirmative Defense

105.     The Complaint, and each claim and cause of action set forth therein, is barred, in whole or in part, because Plaintiff suffered no injury or actual damages as a result of any conduct, actions, or omissions by Truist.

### Tenth Affirmative Defense

106.     To the extent that Plaintiff has suffered any damage as a result of the matters alleged in the Complaint, Plaintiff has failed to mitigate those damages and the claims are therefore barred, in whole or in part.

### Eleventh Affirmative Defense

107.     Plaintiff's claims are barred in whole or in part by their lack of standing and/or because he otherwise lacks the right or capacity to assert such claims.

### Twelfth Affirmative Defense

108.     Plaintiff's claims are barred in whole or in part due to their own breach of the applicable loan documents.

### Thirteenth Affirmative Defense

109.    Plaintiff's claims of damages or liability are barred, in whole or part, by the limitation of actions set forth in 15 U.S.C. § 1681s-2(c) and (d).

### Fourteenth Affirmative Defense

110.    Plaintiff's claims of damages or liability are barred in whole or part, by 15 U.S.C. § 1681s-2(b), to the extent that Plaintiff has not given a consumer reporting agency notice of a dispute in the manner required by 15 U.S.C. § 1681i.

### Fifteenth Affirmative Defense

111.    Plaintiff's claims are barred, in whole or in part, by 15 U.S.C. § 1681h(e) and/or 1681t.

### Sixteenth Affirmative Defense

112.    Truist further pleads any affirmative defenses provided in the Federal Rules of Civil Procedure that may, through further discovery, be determined to be applicable in this litigation.

WHEREFORE, Truist respectfully requests that the Court dismiss the Complaint at Plaintiff's costs, for an award of reasonable attorney's fees and expenses, and for any and all other relief that the Court deems just and proper.

Respectfully submitted,

*/s/ Shannon O'Connell Egan*
Shannon O'Connell Egan (87296)
DINSMORE & SHOHL LLP
255 East Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Tel: (513) 977-8261
Fax: (513) 977-8141
Email: shannon.egan@dinsmore.com

*Counsel for Defendant Truist Bank*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and accurate copy of the foregoing *Answer* was filed via the CM/ECF system that will send notification to all counsel of record, this 23rd day of February 2022.

*/s/ Shannon O'Connell Egan*
Shannon O'Connell Egan (87296)

24038218.4